UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

HOLLY B. DUNCAN )
 )
v. ) NO. 2:10-CV-215
 )
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

**O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 1, 2012. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 8], be granted to the extent that the case be remanded to the Commissioner under Sentence Four for further evaluation regarding her alleged mental impairments, and the use of a vocational expert if necessary to determine if jobs exist which she can perform, and defendant's motion for summary judgment, [Doc. 12], be denied to the extent that it asserts that the plaintiff has not shown a severe mental impairment. The defendant has filed objections to this recommendation, [Doc. 15]. After careful *de novo* consideration of

1

the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 14], that the plaintiff's motion for summary judgment, [Doc. 8], is **GRANTED** to the extent that the case be remanded to the Commissioner under Sentence Four for further evaluation regarding her alleged mental impairments, and the use of a vocational expert if necessary to determine if jobs exist which she can perform, and that defendant's motion for summary judgment, [Doc. 12], is **DENIED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
